IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 05-0316-CRB |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| RAJESH KUMAR CHANDAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from October 5, 2005 until January 25, 2006 at 2:15 p.m. The continuance requested is necessary in order to complete the presentence process.

**IT IS SO STIPULATED.**


DATED: _____/S/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Rajesh Kumar Chandar


DATED: _____/S/_____
GREGG LOWDER
Assistant United States Attorney

STIP & ORDER CONTINUING SENTENCING
*United States v. Rajesh Kumar Chandar*
CR 05-0316-CRB

- 1 -

Case 3:05-cr-00316-CRB Document 17 Filed 10/06/05 Page 2 of 2

**ORDER**

For the foregoing reasons, the hearing in this matter is continued until January 25, 2006 at 2:15 p.m.

IT IS SO ORDERED.

DATED: October 5, 2005

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*

STIP & ORDER CONTINUING SENTENCING
*United States v. Rajesh Kumar Chandar*
CR 05-0316-CRB                                        - 2 -