IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>RAJESH CHANDAR,  )<br>  )<br>           Defendant.  )<br>  ) | No. CR 05-0316 CRB<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from January 25, 2006 until March 29, 2006 at 2:15 p.m.  The basis for the continuance is the need to complete the pre-sentence process, which defense counsel represents was delayed due an ongoing health issue of the defendant.

It is so stipulated.

DATED:January 17, 2006              /S/_____
                                                          RONALD TYLER
                                                          Assistant Federal Public Defender
                                                          Counsel for Rajesh Chandar


DATED:January 18, 2006              /S/_____
                                                          GREG LOWDER
                                                          Assistant United States Attorney

STIP & ORDER CONTINUING
HEARING
*United States v. Rajesh Chandar*
CR 05-0316 CRB                                      - 1 -

1
2
3                                    **ORDER**
4        The sentencing hearing in this matter is continued until March 29, 2006 at 2:15 p.m.
5   IT IS SO ORDERED.
6
7   DATED:  January 19, 2006
8                                              _____
                                               CHARLES R. BREYER
9                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
STIP & ORDER CONTINUING
SHEARING
*United States v. Rajesh Chandar*
CR 05-0316 CRB                                  -  **2**  -