IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>RAJESH KUMAR CHANDAR, )<br>)<br>          Defendant. )<br>_____ ) | No. CR 05-0316-CRB<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from March 29, 2006 until April 26, 2006 at 2:15 p.m. The continuance is necessary because defense counsel is required to take annual leave during the time previously set for sentencing. Assistant United States Attorney Gregg Lowder and Probation Officer Lynn Richards have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: February 17, 2006               _____/S/_____
                                                              RONALD TYLER
                                                              Assistant Federal Public Defender
                                                              Counsel for Rajesh Kumar Chandar


DATED: February 17, 2006               _____/S/_____
                                                              GREGG LOWDER
                                                              Assistant United States Attorney

STIP & ORDER CONTINUING SENTENCING
*United States v. Rajesh Kumar Chandar*
CR 05-0316-CRB

- 1 -

## ORDER

For the foregoing reasons, the hearing in this matter is continued until April 26, 2006 at 2:15 p.m.

IT IS SO ORDERED.

DATED: Feb. 22, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIP & ORDER CONTINUING SENTENCING
*United States v. Rajesh Kumar Chandar*
CR 05-0316-CRB — - 2 -